## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Christopher Manos<br>            Keri Manos<br><br>                          Debtors | CHAPTER 13 |
| JPMorgan Chase Bank, N.A.<br>                          Movant<br><br>            vs. | NO. 14-12497 JKF |
| Christopher Manos<br>Keri Manos<br>                          Debtors | |
| Frederick L. Reigle Esq.<br>                          Trustee | 11 U.S.C. Sections 362 and 1301 |

### ORDER

AND NOW, this 29th day of June , 2018 at Philadelphia, upon failure of Debtors and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at 1406 Kummerer Road, Pottstown, PA 19464 ("Property"), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed in lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its rights to possession of the Property.

_____                                    _____

United States Bankruptcy Judge.
Jean K. FitzSimon

Christopher Manos
1406 Kummerer Road
Pottstown, PA 19464

Keri Manos
1406 Kummerer Road
Pottstown, PA 19464

Joseph L. Quinn
152 E. High Street, Suite 100
Pottstown, PA 19464

Frederick L. Reigle Esq.
2901 St. Lawrence Avenue (VIA ECF)
P.O. Box 4010
Reading, PA 19606

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532