United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                      Case No. 14-12497-jkf
Christopher Manos                                           Chapter 13
Keri Manos
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2       User: John            Page 1 of 2                Date Rcvd: Apr 30, 2019
                           Form ID: 138NEW       Total Noticed: 24
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 02, 2019.

```
db/jdb         +Christopher Manos,    Keri Manos,    1406 Kummerer Road,    Pottstown, PA 19464-1752
13322521       +ALTAIR OH XIII, LLC,    C O WEINSTEIN, PINSON, AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                 SEATTLE, WA 98121-3132
13275879        Accounts Recovery Bureau, Inc.,    PO Box 70256,    Philadelphia, PA 19176-0256
13369660       +Arcadua Recovery Bureau LLC,    PO Box 6768,    Wyomissing, PA 19610-0768
13275881       +Associates in Anesthesia, Inc.,    Prof Ofc Bldg I Suite 305,    30 Medical Center Blvd,
                 Chester, PA 19013-3955
13275886      ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                (address filed with court:   Citibank Sd, Na,    Attn: Centralized Bankruptcy,    Po Box 20363,
                 Kansas City, MO 64195)
13275883       +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
13275884       +Chase Manhattan Mortgage,    Attn: Bankruptcy Dept,    3415 Vision Dr,    Columbus, OH 43219-6009
13275885       +Childrens Surgery Center of Malvern,    596 Lancaster Avenue, Suite 300,
                 Malvern, PA 19355-1808
13275887       +Diamond Federal Cr Un,    1600 Medical Drive,    Pottstown, PA 19464-3281
13394285       +JPMorgan Chase Bank, National Association,    Chase Records Center,    Attn: Correspondence Mail,
                 Mail Code LA4-5555,    700 Kansas Lane,    Monroe, LA 71203-4774
13283271       +Law Office of Stephen Ross, P.C.,    152 E. High Street, Suite 100,    Pottstown, PA 19464-5480
13275888        Lehigh Valley Cardio Diagnostics PC,    PO Box 3667,    Allentown, PA 18106-0667
13275889        Penn Medicine,    UPHS Physicians Patient Pay,    PO Box 824406,    Philadelphia, PA 19182-4406
13315572       +TD BANK USA, N.A.,    C O WEINSTEIN, PINSON, AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                 SEATTLE, WA 98121-3132
13275890       +Td Bank Usa/targetcred,    Po Box 673,    Minneapolis, MN 55440-0673
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: megan.harper@phila.gov May 01 2019 02:48:37      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 01 2019 02:48:19
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 01 2019 02:48:33      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/Text: ebnbankruptcy@ahm.honda.com May 01 2019 02:48:30
                 American Honda Finance Corporation,    P.O. Box 166469,    Irving, TX  75016
13291490        E-mail/Text: ebnbankruptcy@ahm.honda.com May 01 2019 02:48:30
                 American Honda Finance Corporation,    National Bankruptcy Center,    P.O. Box 168088,
                 Irving, TX 75016-8088,    866-716-6441
13275880        E-mail/Text: ebnbankruptcy@ahm.honda.com May 01 2019 02:48:30      American Honda Finance,
                 Po Box 168088,    Irving, TX 75016
13275882       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 01 2019 02:52:24      Capital 1 Bank,
                 Attn: Bankruptcy Dept.,    Po Box 30285,    Salt Lake City, UT 84130-0285
13349972        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 01 2019 03:03:33
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
                                                                                              TOTAL: 8
```

```
              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 02, 2019                                    Signature:  /s/Joseph Speetjens

```
District/off: 0313-2           User: John                 Page 2 of 2                   Date Rcvd: Apr 30, 2019
                               Form ID: 138NEW            Total Noticed: 24
```

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 30, 2019 at the address(es) listed below:

```
          JOSEPH L QUINN    on behalf of Joint Debtor Keri   Manos CourtNotices@sjr-law.com
          JOSEPH L QUINN    on behalf of Debtor Christopher  Manos CourtNotices@sjr-law.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          KEVIN G. MCDONALD    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com
          POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
          THOMAS I. PULEO    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM EDWARD CRAIG    on behalf of Creditor    American Honda Finance Corporation
           ecfmail@mortoncraig.com,  mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 9
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Christopher Manos and Keri Manos
        Debtor(s)                                   Bankruptcy No: 14–12497–jkf
                                                            Chapter: 13

_____

### *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

                        900 Market Street
                           Suite 400
                     Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                                  For The Court
                                                            Timothy B. McGrath
                                                              Clerk of Court

Dated: 4/30/19

                                                                                               57 – 56
                                                                                           Form 138_new