United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 14-12497-jkf
Christopher Manos                                                     Chapter 13
Keri Manos
    Debtors

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: John              Page 1 of 1           Date Rcvd: Jun 04, 2019
                                    Form ID: 195          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 06, 2019.
db/jdb        +Christopher Manos,   Keri Manos,   1406 Kummerer Road,   Pottstown, PA 19464-1752

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                 TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 06, 2019                                                         Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 4, 2019 at the address(es) listed below:
        JOSEPH L QUINN   on behalf of Joint Debtor Keri  Manos CourtNotices@rqplaw.com
        JOSEPH L QUINN   on behalf of Debtor Christopher  Manos CourtNotices@rqplaw.com
        JOSHUA ISAAC GOLDMAN   on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        KEVIN G. MCDONALD   on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com
        POLLY A. LANGDON   on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com,
         ecf_frpa@trustee13.com
        SCOTT F. WATERMAN (Chapter 13)   ECFMail@ReadingCh13.com,   ecf_frpa@trustee13.com
        THOMAS I. PULEO   on behalf of Creditor    JPMORGAN CHASE BANK, N.A. tpuleo@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM EDWARD CRAIG   on behalf of Creditor    American Honda Finance Corporation
         ecfmail@mortoncraig.com,   mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                                                                             TOTAL: 9

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

| | |
|---|---|
| In re: | : Chapter 13 |
| Christopher Manos and Keri Manos | : Case No. 14–12497–jkf |
| Debtor(s) | |

***ORDER***
_____

AND NOW, this day , June 4, 2019 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Jean K. FitzSimon
Judge , United States Bankruptcy Court

65
Form 195